UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON D. HUNTER, aka SHEIK AARON HUNTER-EL,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN RANDY L. TEWS,<br><br>        Respondent. | No. CV 14-9417-ODW (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: December 15, 2014

                                                OTIS D. WRIGHT II
                                           United States District Judge